UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:02-00010 |
| | ) | JUDGE CAMPBELL |
| STEPHEN SUGGS | ) | |

## ORDER

Pending before the Court is a Motion to Continue July 18 Revocation Hearing (Docket No. 108). The Motion is GRANTED.

The hearing on the Petition (Docket No. 102) alleging violations of Defendant's Conditions of Supervision scheduled for July 18, 2013, is RESCHEDULED for October 4, 2013, at 2:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE