UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:02-00010 |
| | ) | JUDGE CAMPBELL |
| STEPHEN SUGGS | ) | |

## ORDER

Pending before the Court is a Superseding Petition (Docket No. 110) alleging violations of Conditions of Supervised Release. The Court held a hearing on October 4, 2013.

At the hearing Defendant Suggs admitted both violations of the Superseding Petition and the Court approved the following agreement of the parties: (1) the hearing is continued to March 14, 2014 at 1:00 p.m.; (2) if there are no further violations by Defendant during the time of the continuance, the Government will move to dismiss the Superseding Petition; and (3) Defendant will remain on Supervised Release.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE