UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:02-00010 |
| | ) | JUDGE CAMPBELL |
| STEPHEN SUGGS | ) | |

ORDER

Pending before the Court is a Superseding Petition (Docket No. 110) alleging violations of Conditions of Supervised Release. The Court held a hearing on March 14, 2014. By agreement of the parties, the hearing was continued to June 20, 2014, at 11:30 a.m.

The "additional condition" of supervision imposed by Magistrate Judge Knowles in the Order of December 5, 2013, at Docket No. 118, is modified to read as follows: Defendant shall not drive a motor vehicle without a proper license or while under the influence of drugs or alcohol.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE